# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM RODRIGUEZ,** : | |
|    Petitioner : | |
| : | **No. 1:20-cv-01835** |
| **v.** : | |
| : | **(Judge Kane)** |
| **SCOTT FINLEY,** : | |
|    Respondent : | |

## ORDER

     **AND NOW**, on this 16th day of December 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
